HINKLE, ADMINISTRATRIX, ET AL. v. NEW ENG-
LAND MUTUAL INSURANCE COMPANY OF
BOSTON, MASSACHUSETTS.

No. 28.   Argued October 15, 1958.—Decided November 10, 1958.

*Leland S. Forrest* argued the cause and filed a brief for petitioners.

*Phineas M. Henry* argued the cause for respondent. With him on the brief was *Vincent V. R. Booth.*

PER CURIAM.

The writ of certiorari in this case is dismissed as improvidently granted.   See *Layne & Bowler Corp.* v. *Western Well Works,* 261 U. S. 387; *Estate of Spiegel* v. *Commissioner of Internal Revenue,* 335 U. S. 701, 707–708; *General Box Co.* v. *United States,* 351 U. S. 159, 165.